KEVIN F. KIEFFER, State Bar No. 192193
kevin.kieffer@troutman.com
MONIQUE M. FUENTES, State Bar No. 201501
monique.fuentes@troutman.com
ROSS SMITH, State Bar No. 204018
ross.smith@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Plaintiff*
*Beazley Insurance Company, Inc.*

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUESS?, INC., and PAUL MARCIANO,<br><br>Defendants. | Case No. 2:21-cv-09962-SVW-E<br><br>Hon. Stephen V. Wilson<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Beazley Insurance Company, Inc. hereby gives notice that Beazley's Complaint for Declaratory Relief against Guess?, Inc. and Paul Marciano [ECF Doc. 1] is voluntarily dismissed without prejudice.

Dated: June 6, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Ross Smith
Kevin F. Kieffer
Monique M. Fuentes
Ross Smith

*Attorneys for Plaintiff Beazley Insurance Company, Inc.*

126964620

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545